No. 73–1471. UNITED STATES ET AL. *v.* NEW JERSEY STATE LOTTERY COMMISSION. C. A. 3d Cir. Motion of

National Association of Broadcasters for leave to file a brief as *amicus curiae* and certiorari granted.